UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 13-MJ-00776 (CR)** |
| | : | |
| **CALVIN KINARD ADAMS,** | : | **VIOLATION:   18 U.S.C. § 2113(a)** |
| | : | (**Attempted Bank Robbery**) |
| Defendant. | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about July 3, 2013, within the District of Columbia, **CALVIN KINARD ADAMS**, did willfully and unlawfully, by intimidation, attempt to take from the person or presence of another, money, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 3200 Pennsylvania Avenue, S.E., Washington, D.C., the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

(**Attempted Bank Robbery,** in violation of Title 18, United States Code, Section 2113(a))

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By: _____
DAVID B. KENT
Assistant United States Attorney
D.C. Bar No. 482850
555 4th Street, NW, Suite 4122
Washington, D.C. 20530
(202) 252-7763